CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MICHAEL D. WELCH (SBN: 111022)
mdwelch@mail.com
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930
Attorney for Defendants
John M Filice, Joanne Filice Cunningham, Gerald Cunningham and JAAM RT, Inc.

APPROVED
Judge Edward J. Davila
12/13/2017

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN M FILICE, Trustee; JOANNE FILICE CUNNINGHAM, Trustee; GERALD CUNNINGHAM, Trustee; JAAM RT, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:16-CV-03262-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal                Case: 5:16-CV-03262-EJD

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 12/12/17     CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: 12/12/17     MICHAEL WELCH + ASSOCIATES

By: /s/Michael D. Welch
    Michael D. Welch
    Attorney for Defendants
    John M Filice, Joanne Filice
    Cunningham, Gerald Cunningham
    and JAAM RT, Inc.

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael D. Welch, counsel for John M Filice, Joanne Filice Cunningham, Gerald Cunningham and JAAM RT, Inc., and that I have obtained Mr. Welch's authorization to affix his electronic signature to this document.

Dated: 12/12/17     CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff